of North Dakota granted. *Mr. John A. Jorgenson* for petitioners. *Mr. Paul E. Shorb* for respondent.

No. 597. McKnett *v.* St. Louis & San Francisco Ry. Co. December 4, 1933. The motion for leave to proceed further herein *in forma pauperis* is granted. The petition for writ of certiorari to the Supreme Court of Alabama is also granted. *Mr. Walter Brower* for petitioner. *Mr. Forney Johnston* for respondent.

No. 358. Bosworth, Receiver, *v.* Continental Illinois Bank & Trust Co. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Amos C. Miller, F. G. Awalt, George P. Barse, John F. Anderson,* and *George B. Springston* for petitioner. *Messrs. Isaac H. Mayer, Carl Mayer,* and *David F. Rosenthal* for respondent.

No. 547. New Colonial Ice Co., Inc. *v.* Helvering, Commissioner of Internal Revenue. December 4, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Edward G. Griffin* and *Joseph Sterling* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *John H. McEvers* for respondent.

No. 565. Loughran *v.* Loughran et al. December 4, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Mr. Robert H. McNeill* for petitioner. *Messrs. Wm. E. Leahy, Wm. J. Hughes, Jr., Eugene B. Sullivan,* and *James F. Reilly* for